| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MARC DAYS, CA Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | Jose Gutierrez-Valenzuela |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00215 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | SCHEDULE AND HEARING; ORDER |
| v. | ) | |
| | ) | Date: November 14, 2011 |
| JOSE GUTIERREZ-VALENZUELA, | ) | Time: 1:00 P.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
|  | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the defense shall file it's reply to the government's response to defendant's motion to dismiss on or before November 10, 2011, at 10:00 A.M., and **the hearing on motions now set for October 14, 2011, may be continued to November 14, 2011 at 1:00 P.M.**

This continuance is requested by counsel for defendant. Counsel is expecting the arrival of a new member of his family on October 14, 2011, and will not be available for court at the time now set. Counsel is scheduled for a period of paternity leave commencing October 14, 2011. Assistant United States Attorney Ian Garriques has no objection to this requested continuance. The requested continuance will provide for continuity of counsel, and will conserve time and resources for both counsel and the court and also allow for continuity of counsel in these proceedings.

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

7  DATED:  October 11, 2011                   /s/  Ian Garriques
                                              IAN GARRIQUES
8                                             Assistant United States Attorney
                                              Attorney for Plaintiff

10                                            DANIEL J. BRODERICK
                                              Federal Defender

12 DATED:  October 11, 2011                   /s/  Marc Days
                                              MARC DAYS
13                                            Assistant Federal Defender
                                              Attorney for Defendant
14                                            JOSE GUTIERREZ-VALENZUELA


## **O R D E R**

**Granted.  There is no question but that GOOD CAUSE has been stated in the stipulation.**
Time is excluded in the interests of justice pursuant to 18 U.S.C.
§§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

**Dated:     October 11, 2011**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule
and Hearing; [Proposed] Order                2